UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOT HARRY STRAITS, | No. 2:15-cv-1706 KJN P |
| Plaintiff, | |
| v. | ORDER |
| RIO CONSUMNES CORRECTIONAL FACILITY, et al., | |
| Defendants. | |

On August 18, 2015, plaintiff consented to proceed before the undersigned for all purposes.  See 28 U.S.C. § 636(c).  By an order filed August 20, 2015, plaintiff was ordered to file an in forma pauperis affidavit and certified trust account statement within thirty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired, and plaintiff has not responded to the court's order and has not filed a completed in forma pauperis affidavit and certified trust account statement.

Accordingly, IT IS HEREBY ORDERED that plaintiff show cause, within fourteen days, why this action should not be dismissed without prejudice.  Failure to respond or comply with the August 20, 2015 order will result in the dismissal of this action.

Dated:  October 7, 2015

/stra1706.osc

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1