UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOT HARRY STRAITS, | No. 2:15-cv-1706 KJN P |
| Plaintiff, | |
| v. | ORDER |
| RIO CONSUMNES CORRECTIONAL FACILITY, et al., | |
| Defendants. | |

Plaintiff consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). By order filed October 7, 2015, plaintiff was ordered to show cause, within fourteen days, why this action should not be dismissed. The fourteen day period has now expired, and plaintiff has not shown cause or otherwise responded to the court's order. Although it appears from the file that plaintiff's copy of the order was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

Accordingly, IT IS HEREBY ORDERED that this action be dismissed without prejudice.

Dated: October 29, 2015

/stra1706.fsc

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1